# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

140272

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SCHUPAN & SONS, INC., and EAST 20
ENTERPRISES, L.L.C.,
       Plaintiffs-Appellants,

v

SC: 140272
COA: 293344
Oakland CC: 2007-082107-CK

CHARTER TOWNSHIP OF MILFORD and
SUNSET EXCAVATING, INC.,
       Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the November 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

0322